# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3402
_____

Jack R. T. Jordan

*Petitioner*

v.

U.S. Department of Labor

*Respondent*

Dyncorp International, L.L.C.

*Interested party - Intervenor*

_____

No. 20-3404
_____

Jack R. T. Jordan

*Petitioner*

v.

U.S. Department of Labor

*Respondent*

Dyncorp International, L.L.C.

*Interested party - Intervenor*

_____

Petition for Review of an Order of the
Department of Labor (except OSHA)
_____

Submitted: November 2, 2021
Filed: November 5, 2021
[Unpublished]
_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

In these consolidated cases, Jack Jordan petitions for review of final orders from the United States Department of Labor Administrative Review Board (ARB). After careful review, we conclude the ARB's decisions were not arbitrary, capricious, an abuse of discretion, contrary to the law, or unsupported by substantial evidence in the record. See 49 U.S.C. § 31105(d) (appellate court reviews ARB's decision pursuant to Administrative Procedure Act); 5 U.S.C. § 706(2) (reviewing court shall hold unlawful and set aside agency decision found to be arbitrary, capricious, abuse of discretion, or otherwise not in accordance with law, or if unsupported by substantial evidence in record). Accordingly, we deny Jordan's petition in each case. See 8th Cir. R. 47B.

_____